[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 243.]

SIGMON ET AL., APPELLEES, *v.* HATFIELD; NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLANT.

[Cite as *Sigmon v. Hatfield*, 1996-Ohio-398.]

*Insurance—Motor vehicles—Pursuant to former R.C. 3937.18, an underinsurance claim must be paid, when—Determining amount of underinsurance coverage to be paid.*

(No. 95-774—Submitted July 10, 1996—Decided August 7, 1996.)

APPEAL from the Court of Appeals for Clermont County, No. CA94-07-054.

————————

*Brown, Lippert, Heile & Evans* and *Marquette D. Evans,* for appellees.

*Tailer, Ruttle & Walden* and *Christine D. Tailer,* for appellant.

————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.

————————